**\*\* E-filed November 30, 2011\*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br>　　　　Plaintiff,<br>　　v.<br>BRYNEE K. BAYLOR, and individual;<br>BAYLOR & JACKSON, PLLC; THE<br>MILAN GROUP, INC.; FRANK<br>LORENZO, an individual; SYED ALI<br>ABBAS, an individual; GPH HOLDINGS,<br>LLC; PARTICK LEWIS, an individual; and<br>DOES 1-50,<br>　　　　Defendants.<br>_____/ | No. C11-04471 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND (2) REMINDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　　Plaintiff Princeton Developments LLC brought this action for fraud against numerous defendants on September 8, 2011. Dkt. No. 1. Two of the defendants, Brynee Baylor and Baylor & Jackson LLPC, have yet to be served, defendant Syed Ali Abbas has answered the complaint, and default has been entered against the remaining four defendants, Frank Lorenzo, Patrick Lewis, GPH Holdings, LLC, and The Milan Group, Inc. Defendants Frank Lorenzo and The Milan Group have moved to set aside the default, with a hearing set for January 10, 2012. Dkt. No. 28.

　　　　In light of the currently pending motion, and the fact that two defendants have yet to be served or appear in this action, the Initial Case Management Conference, currently set for December 6, 2011, has been continued to **January 31, 2012 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than December 6, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: November 30, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 11-04471 HRL Notice will be electronically mailed to:**

Steven J. Hassing         sjh@hassinglaw.com
Veronika Short          vshort@dpalawyers.com

**Notice will be provided by mail to:**

Syed Ali Abbas
538 Calistoga Circle
Fremont, CA 94536

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**