IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; FRANK LORENZO; GPH HOLDINGS, LLC; and PATRICK LEWIS,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS FRANK LORENZO PAVLICO III AND THE MILAN GROUP, INC.<br>(Docket Nos. 53 in 11-4471 and 33 in 11-4472) |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; and FRANK LORENZO,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

    Having considered the motion to withdraw as counsel for Defendants The Milan Group, Inc. and Frank Lorenzo Pavlico III, sued as Frank Lorenzo, and found good cause therefore, the Court GRANTS the motion.

    The Court hereby ORDERS that, pursuant to Civil Local Rule 11-5(a), Andrew J. Piunti, Veronika Short and the law firm of DPA Law Group are hereby terminated as counsel for The Milan Group, Inc. and Lorenzo in this matter.  Pursuant to Civil Local Rule 11-5(b), their withdrawal is subject to the condition that papers may continue to be served on them for forwarding purposes to The

Milan Group, Inc., unless and until The Milan Group, Inc. appears by other counsel.

The Court notes that, as a corporation, The Milan Group, Inc. cannot represent itself and will be in default if it fails to appear through counsel and meet its obligations in the litigation.

Unless and until other counsel enters an appearance on behalf of Lorenzo, other parties are required to serve documents upon him directly.  The Court notes that Lorenzo's former counsel provided the following contact information:

```
Frank Lorenzo Pavlico III
113 Upland Terrace
Clarks Summit, PA 18411
telephone: 570-591-0484; 570-586-9888
email: capital@epix.net; frank@milantradinggroup.com
```

If he plans to proceed pro se in this case, which has been designated for e-filing, the Court directs Lorenzo to review the e-filing registration instructions for pro se litigants located on the Court's website at http://www.cand.uscourts.gov/pages/871, and, if appropriate, to file a motion for permission to e-file.

IT IS SO ORDERED.

Dated: 5/2/2012

CLAUDIA WILKEN
United States District Judge

2