IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; FRANK LORENZO; GPH HOLDINGS, LLC; and PATRICK LEWIS,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER DENYING MOTION TO APPEAR BY TELEPHONE AS MOOT AND VACATING HEARING ON MOTION TO AMEND COMPLAINT (Docket No. 40 in 11-4472) |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; and FRANK LORENZO,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

    On April 10, 2012, Andrew J. Piunti, Veronika Short and the DPA Law Group moved to withdraw as counsel for Defendants Milan Group, Inc. and Frank Lorenzo Pavlico III, sued as Frank Lorenzo, in both of the above-captioned matters.

    On May 2, 2012, having received no opposition or response to the motion, the Court granted the motion and terminated them as counsel for Defendants in both cases.

    On May 11, 2012, in Kuman Banque, LLC v. Baylor, Case No. 11-4472, Lorenzo filed an untimely opposition to the motion to

1  withdraw and simultaneously moved for permission to appear by
2  telephone at the hearing on the motion to withdraw.
3      Because the motion to withdraw has already been granted,
4  Lorenzo's motion to appear by telephone is DENIED AS MOOT (Docket
5  No. 40 in 11-4472).
6      The Court also VACATES the hearing on Plaintiffs' motions for
7  leave to file amended complaints, currently set to be held on June
8  14, 2012 (Docket Nos. 59 in 11-4471 and 39 in 11-4472).  The Court
9  will decide these motions on the papers.
10     Finally, the Court notes that a case management conference is
11 currently scheduled to be held in both related cases on June 20,
12 2012 at 2:00 p.m.  If Lorenzo fails to appear pro se or through
13 counsel, or if the Milan Group, Inc. fails to appear through
14 counsel, the Court will order entry of default against them.
15     IT IS SO ORDERED.

Dated: 5/16/2012

CLAUDIA WILKEN
United States District Judge