IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC, | No. C 11-4471 CW |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Docket Nos. 59 in 11-4471 and 39 in 11-4472) |
| v. | |
| BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; FRANK LORENZO; GPH HOLDINGS, LLC; and PATRICK LEWIS, | |
| Defendants. | |
| _____/ | |
| KUMAN BANQUE, LLC, | No. C 11-4472 CW |
| Plaintiff, | |
| v. | |
| BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; and FRANK LORENZO, | |
| Defendants. | |
| _____/ | |

Having considered the unopposed motions filed by Plaintiffs Princeton Developments, LLC and Kuman Banque LLC seeking leave to file amended complaints, and finding good cause therefore, the Court GRANTS Plaintiffs' motions (Docket Nos. 59 in 11-4471 and 39 in 11-4472). Plaintiffs shall file their amended complaints in the dockets of these cases within three days of the date of this Order and shall serve the newly added parties promptly.

IT IS SO ORDERED.

Dated: 5/23/2012

_____
CLAUDIA WILKEN
United States District Judge