IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; FRANK LORENZO; GPH HOLDINGS, LLC; and PATRICK LEWIS,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER GRANTING DEFENDANT FRANK LORENZO PAVLICO LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND (Docket Nos. 64 in 11-4471 and 47 in 11-4472) |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; and FRANK LORENZO,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

    Defendant Frank Lorenzo Pavlico avers that he was not properly served with the motions filed by Plaintiffs Princeton Developments, LLC and Kuman Banque LLC seeking leave to amend their complaints. Defendant appears to request that he be permitted to file an opposition to Plaintiffs' motion.

    The Court GRANTS Pavlico leave to file an opposition to Plaintiffs' motions. Within two days of this Order, Plaintiffs shall file proof that they have served Pavlico properly with copies of their motion to amend. Pavlico may file an opposition to Plaintiffs' motions no later than fourteen days after service

of the motions.  Plaintiffs may file a reply in support of their motions within a week thereafter.  The Court will decide Plaintiffs' motions for leave to amend on the papers.

The Court reminds the parties that, pursuant to the Order of May 2, 2012, unless and until other counsel enters an appearance on behalf of Pavlico, other parties are required to serve documents upon him directly.  Further, until and unless The Milan Group, Inc. appears by other counsel, papers may be served upon Andrew J. Piunti, Veronika Short and the law firm of DPA Law Group, who are responsible for forwarding such papers.

IT IS SO ORDERED.

Dated: 6/6/2012

CLAUDIA WILKEN
United States District Judge