IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER DENYING MOTIONS<br>(Docket Nos. 55, 56, 72, and 73) |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

    Defendant Frank Lorenzo's motion to continue the case management conference is denied as moot.  Plaintiff has filed a motion for leave to efile.  Plaintiff must file a declaration stating that he has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing.  The motion for leave to efile is denied without prejudice to refiling with the necessary information.

Dated: 6/15/2012

CLAUDIA WILKEN
United States District Judge