IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER GRANTING<br>MOTION TO APPEAR<br>TELEPHONICALLY<br>(Docket Nos. 67<br>and 85) |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

    Defendant Frank Lorenzo's motion to appear telephonically at the case management conference is granted.  Plaintiff may appear through CourtCall at any case management conference scheduled in the case.

Dated: 8/9/2012

CLAUDIA WILKEN
United States District Judge