IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC, | No. C 11-04471 CW |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE (Docket Nos. 100, and 87) |
| v. | |
| BRYNEE K. BAYLOR, et al., | |
| Defendants. | |
| ════════════════════════════/ | |
| KUMAN BANQUE, LLC, | No. C 11-04472 CW |
| Plaintiff, | |
| v. | |
| BRYNEE K. BAYLOR, et al., | |
| Defendants. | |
| ════════════════════════════/ | |

On October 15, 2012, Defendant Mia C. Baldassari filed a motion to appear by telephone at the case management conference. The motion is GRANTED.  Defendant Baldassari shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.  Defendant Baldassari shall also download from the Court's website and have available a blank Minute Order and Case Management Order to fill in the dates that are given in Court.

Dated: 10/23/2012

_____
CLAUDIA WILKEN
United States District Judge