**United States District Court**
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 11-04471 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY (Docket Nos. 101, and 88)<br><br>No. C 11-04472 CW |
| KUMAN BANQUE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYNEE K. BAYLOR, et al.,<br><br>　　　　Defendants.<br>_____/ | |

　　On October 22, 2012, Defendant Patrick Lewis filed a motion to appear by telephone at the pretrial conference. There is currently a case management conference not a pretrial conference scheduled. The motion is GRANTED. Defendant Lewis shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. Defendant Lewis shall also download from the Court's website and have available a blank Minute Order and Case Management Order to fill in the dates that are given in Court.

Dated: 10/23/2012

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge