IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR &<br>JACKSON, PLLC; THE MILAN GROUP,<br>INC.; FRANK LORENZO; GPH<br>HOLDINGS, LLC; and PATRICK LEWIS,<br><br>    Defendants.<br>_____/ | No. C 11-4471 CW<br><br>ORDER DIRECTING CLERK TO ENTER DEFAULT AS TO DEFENDANTS BRYNEE K. BAYLOR AND THE MILAN GROUP, INC., ADDRESSING FAILURE TO APPEAR BY DEFENDANT MIA C. BALDASSARI AND ADDITION OF THE EXECUTOR OF DEFENDANT FRANK LORENZO PAVLICO'S ESTATE, AND SETTING A CASE MANAGEMENT CONFERENCE |
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR &<br>JACKSON, PLLC; THE MILAN GROUP,<br>INC.; and FRANK LORENZO,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW |

On January 23, 2013, the Court held a case management conference in the above-captioned cases. Defendants Brynee K. Baylor, Mia C. Baldassari and The Milan Group, Inc. failed to appear for that conference personally or through counsel. On January 31, 2013, Plaintiffs moved for entry of default by the Clerk as to these three Defendants. Docket Nos. 126-128 in 11-4471; Docket Nos. 105-107 in 11-4472.

After Baylor failed to appear at the last case management conference, the Court warned her that if she did not appear at the next court date personally or through counsel, her default would be entered. Docket Nos. 96 in 11-4471, 82 in 11-4472. Further, on May 2, 2012, the Court warned The Milan Group, Inc. that it could not represent itself and that it would be in default if it failed to appear through counsel and meet its obligations in the litigation. Docket Nos. 57 in 11-4471, 37 in 11-4472. No attorney has subsequently entered an appearance on behalf of The Milan Group, Inc. In addition, neither Baylor nor The Milan Group, Inc. has filed an answer to Plaintiffs' first amended complaints. Accordingly, the Court directs the Clerk to enter default against Brynee C. Baylor and The Milan Group, Inc. in favor of Plaintiffs in the above-captioned cases.

Baldassari, who is proceeding pro se, was not previously warned that failure to appear would result in her default. Thus, the Court denies Plaintiffs' motion for entry of her default at this time. The Court, however, warns Baldassari that, if she fails to appear at the future court dates personally or through counsel, her default will be entered.

Counsel for Plaintiffs is directed to proceed with the addition of the executor of Defendant Frank Lorenzo Pavlico's estate by February 7, 2013, or the claims against him will be dismissed.

The Court sets a case management conference for February 20, 2013 at 2:00 p.m. Counsel for Plaintiffs is authorized to appear by telephone. Defendant Patrick Lewis need not appear at the February 20, 2013 case management conference. Other parties may

2

request a telephone appearance in compliance with the Court's Notice regarding Telephonic Appearance Procedures, which is available online at http://www.cand.uscourts.gov/cworders.

The Court maintains the further case management conference currently set for August 7, 2013 at 2:00 p.m.

This Order terminates Docket Nos. 126 through 128 in Case No. 11-4471 and Docket Nos. 105 through 107 in Case No. 11-4472.

IT IS SO ORDERED.

Dated: 1/31/2013

CLAUDIA WILKEN
United States District Judge