IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; SUSAN KEVRA-SHINER, as Executrix for the estate of Frank Lorenzo Pavlico III; GPH HOLDINGS, LLC; PATRICK LEWIS; BRETT A. COOPER; DAWN R. JACKSON; SUSAN C. KEVRA; MIA C. BALDASSARI; ELMO BALDASSARI; THE LAW OFFICE OF SUSAN C. KEVRA; and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW<br><br>ORDER REGARDING DEFENDANT BALDASSARI'S AMENDED MOTION TO VACATE ENTRY OF DEFAULT |

On March 8, 2013, Defendant Mia C. Baldassari filed a motion to vacate the default entered against her. Docket No. 129. On March 12, 2013, Plaintiff Kuman Banque opposed her motion on the sole ground that she did not an affidavit, declaration or other admissible evidence in support of her factual contentions. Docket No. 130. On March 18, 2013, Baldassari filed and served an amended motion and supporting declaration, which were correctly titled with this case name but contained an incorrect case number, that of the related case that has now been closed. As a result, these documents were not entered into the docket of this case and were instead incorrectly filed in the docket of the related case only. See Docket No. 148 in 11-4471.

The Court ORDERS the Clerk to remove Docket No. 148 from Case No. 11-4471 and re-file it in the instant case. Plaintiff shall

file any further opposition to Baldassari's motion, contained in a brief of five pages or less, within seven days of the date of this Order. Plaintiff is reminded that any evidentiary and procedural objections to the motion must be contained within the opposition brief. <u>See</u> Civil Local Rule 7-3(a).

  IT IS SO ORDERED.

Dated: 3/28/2013

CLAUDIA WILKEN
United States District Judge

2